

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00111-CR

Lane Devon **WOOTAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-1694
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 29, 2025.

Lori Massey Brissette, Justice